IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES JOHNSON, #257 588,      )
                             )
        Plaintiff,           )
                             )
    v.                       )      CASE NO. 1:16-CV-710-WKW
                             )              [WO]
RONALD HALL, *et al.*,        )
                             )
        Defendants.          )

## ORDER

On September 7, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 5.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that the 42 U.S.C. § 1983 claims against Defendant Douglas Valeska are DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i–iii).

The Clerk of the Court is DIRECTED to terminate Defendant Valeska as a defendant in this action. This action is REFERRED back to the Magistrate Judge for further proceedings as to the remaining defendant.

DONE this 7th day of October, 2016.

_____
    /s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE